## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

EOTECH, LLC,

           Plaintiff,                      Case No: 2:21-cv-11138

v.                                    Hon. George Caram Steeh

JC AIRSOFT, LLC and
JACKY CHEUNG NG,

           Defendants.

_____/

## <u>STIPULATION AND ORDER TO EXTEND TIME</u>

WHEREAS the parties have exchanged some information pursuant to a confidentiality agreement and have now commenced negotiations concerning a potential resolution of the claims in this action without the need for Defendants to file a responsive pleading such as a motion to transfer (which such motion Plaintiff would contest and regarding which Plaintiff reserves all rights and arguments).

THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants to respond to Plaintiff's Complaint is extended an additional fourteen (14) days from the revised deadline date of July 12, 2021. The new due date is Monday, July 26, 2021. This is the second extension requested by the parties.

**IT IS SO ORDERED.**

Dated: July 9, 2021

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Stipulated and Agreed to by:

BODMAN PLC                              FISHMAN STEWART PLLC

By:   /s/Stephen P. Dunn               By:/s/ Michael B. Stewart
Stephen P. Dunn (P68711)               Michael B. Stewart (P 45318)
Justin P. Bagdady (P79764)             800 Tower Drive, Suite 160
201 W. Big Beaver Road, Suite 500      Troy, MI 48098
Troy, MI 48084                         Tel: (248) 594-0600
Tel: (248) 743-6047                    Fax: (248) 594-0610
Fax: (248)743-6002                     Email: mstewart@fishstewip.com
Email: sdunn@bodmanlaw.com             jgreenberg@fishstewip.com
Attorneys for Plaintiff                Attorneys for Defendants

Dated: July 9, 2021